**Order entered March 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00917-CR

**FAUSTINO VALDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00331-P**

## ORDER

Before the Court is appellant's February 27, 2019 first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before April 1, 2019.

/s/    LANA MYERS
        JUSTICE